476 A.2d 77

Commonwealth v. Poullott, Appellant.

Submitted March 5, 1984. Eugene A. Bonner, Assistant Public Defender, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Appeal quashed.

476 A.2d 77

Commonwealth v. Prybyszewski, Appellant.

Argued January 10, 1984. Helen McCaffrey, for appellant; Christopher S. Serpico, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Appeal quashed.